COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|                   | §  |                        |
|-------------------|----|------------------------|
|                   | §  |                        |
| In re             |    | No. 08-20-00018-CV     |
|                   | §  |                        |
| JESUS RASCON,     |    | AN ORIGINAL PROCEEDING |
|                   | §  |                        |
| Relator.          |    | IN MANDAMUS            |
|                   | §  |                        |
|                   | §  |                        |

# **O R D E R**

Relator Jesus Rascon has filed a motion for temporary relief requesting a stay of execution of a writ of possession as to certain real property. The motion is GRANTED. The execution of the writ of possession commanding any sheriff of constable within the State of Texas to deliver to Citiso Investments, Inc., the possession of the real property located at 532 Polep Way, El Paso, Texas 79927 is stayed pending this Court's resolution of the application for a writ of mandamus in this cause number.

Real Party in Interest is directed to file its response, if any, to Relator's application for writ of mandamus within 30 days of this order.

IT IS SO ORDERED this 17th day of January, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.